**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Jul 29, 2021

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.  3:21-CR-30014-001 |
| | ) |
| AUSTIN GLENN ANGEL | ) |

### PETITION AND ORDER FOR WRIT
### HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States Attorney for the Western District of Arkansas and for his petition, states:

1. That **AUSTIN GLENN ANGEL,** defendant herein, is now confined in the Boone County Detention Center, and is being held by the Sheriff thereof.

2. It is requested that said defendant be brought before the United States District Court, Western District of Arkansas, Fort Smith, Arkansas, for proceedings on the charges now pending against him and said defendant then be returned to the above-named institution at the conclusion of all proceedings in the above named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

To the United States Marshal for the Western District of Arkansas
To the Sheriff, Boone County Detention Center

requiring them to produce the body of the said defendant before this Court, Fort Smith, Arkansas, on **August 17, 2021, at 1:00 p.m.**.

David Clay Fowlkes
Acting United States Attorney

By:   */s/ Brandon Carter*

Brandon Carter
Assistant U.S. Attorney
Arkansas Bar No. 2005241
414 Parker Avenue
Fort Smith, AR  72901
(479) 249-9042

IT IS SO ORDERED this 29th day of July, 2021

/s/ Honorable Mark E. Ford
_____
Honorable Mark E. Ford
United States Magistrate Judge

