IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRIMINAL NO. 21-30014-001         USA v. AUSTIN GLENN ANGEL

COURT PERSONNEL:                APPEARANCES:

JUDGE: MARK E. FORD            GOVERNMENT: BRANDON CARTER

CLERK: JANE ANN SHORT          DEFENDANT: JAMES PIERCE

REPORTER: RICK CONGDON

## CHANGE OF PLEA MINUTES

On this date the above-named defendant appeared with counsel via video conference to withdraw the plea of not guilty entered and enter a plea of guilty to Count 2 of the indictment.

- (X) Court stated this proceeding is being conducted remotely pursuant to the authority provided by the CARES Act.
- (X) Defendant consents to being present remotely and to the Court conducting the hearing by use of video conference.
- (X) Defendant consents for a U.S. Magistrate Judge to take the guilty plea and waived the right to plead guilty before a U.S. District Judge.
- (X) Defendant sworn and examined about offense.
- (X) Inquiry made regarding defendant's age, level of education, and ability to read/write English.
- (X) Inquiry made that defendant is not currently on any medication, is not under the influence of any substance, is not under doctor's care for mental/emotional problem, and is able to comprehend the proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court expressed tentative approval of the plea agreement pending completing of presentence report.
- (X) Rights explained.
- (X) Defendant entered guilty plea to Count 2.
- (X) Court finds and recommends that plea is voluntary.
- (X) Court finds and recommends that there is factual basis for plea.
- (X) Court recommends that the plea be accepted and that defendant be found guilty as charged.
- (X) Court advises a Report and Recommendation will be issued, and the U.S. District Judge will enter an order.
- (X) Parties consent to waive 14 days to make objections to the Report and Recommendation.
- (X) Sentencing deferred pending adoption of Report and Recommendation and presentence investigation.
- (X) Defendant remanded to custody of the USMS.

DATE: October 7, 2021

                                           Proceeding began: 1:30 pm
                                                    ended: 1:59 pm