UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                       CASE NO. 2:21-CR-30014-001

AUSTIN GLENN ANGEL                                                                     DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 17) entered in this case and accepts Defendant's plea of guilty to Count 2 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this October 12, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE